UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____NORFOLK_____ DIVISION

SDC, Inc.
_____

vs.                                    Civil/Criminal Action No. __2:23cv418__
Oasis Pools and Hardscapes, LLC, et al.

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
__SDC, Inc.__
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__August 25, 2023__                        /Duncan G. Byers/
Date                                        Signature of Attorney or Litigant
                                            Counsel for __SDC, Inc.__

Rev. 03/12/19