IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF VIRGINIA
Norfolk Division

SDC, INC.,

   Plaintiff,

v.                                                               Case No. 2:23cv418

OASIS POOLS & HARDSCAPES,
LLC,
SAVVAS SAKKADAS,
INDIVIDUALLY,
AND
WILLIAM HENRY, INC.,
    D/B/A
TIDAL WAVE GRAPHICS

   Defendants.

## ORDER

UPON CONSIDERATION of the Consent Motion to Extend Responsive Pleading Deadline filed by Defendants Oasis Pools and Hardscapes, LLC, and Savvas Sakkadas, individually, it is hereby

**ORDERED** that the Consent Motion is hereby **GRANTED**, and further,

**ORDERED**, that the time by which Oasis Pools and Hardscapes, LLC, and Savvas Sakkadas, individually, must file their responsive pleadings to the Complaint [ECF No. 1] has been extended until November 3, 2023.

                                            ENTER:   September 20, 2023

                                          BY: _/s/ Douglas C. Miller_
                                                         Douglas E. Miller,
                                                         United States Magistrate Judge