## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| **SDC, Inc.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**OASIS POOLS AND HARDSCAPES, LLC,** )<br>**et al.,** )<br>)<br>**Defendants.** ) | Case No.: 2:23-cv-418 |

### REQUEST FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Defendant William Henry, Inc. doing business as TidalWave Graphics ("TidalWave"), by counsel, respectfully requests oral argument, to the extent the Court would find it helpful, on TidalWave's Motion to Dismiss (Dkt. 15) Plaintiff SDC, Inc.'s Complaint (Dkt. 1) and the supporting memoranda of law (Dkt. 16, 22, & 23). TidalWave filed its Motion to Dismiss on September 18, 2023.

Please note that the issues raised in TidalWave's Motion to Dismiss (Dkt. 15) may be similar to issues Co-Defendant Oasis Pools and Hardscapes, LLC ("Oasis") may raise in its responsive pleadings due by November 3, 2023. (Dkt. 21). The interests of the judicial economy may be best served if a hearing on both TidalWave's Motion to Dismiss and Oasis's potential motion is held at the same time.

Dated: October 13, 2023

Respectfully submitted,

WILLIAM HENRY, INC. D/B/A
TIDALWAVE GRAPHICS

By: /s/ Ross M. Broudy
      Of Counsel

        Joshua F. P. Long (VSB 65684)
WOODS ROGERS VANDEVENTER BLACK PLC
Wells Fargo Tower, Suite 1800
10 S. Jefferson Street
Roanoke, VA 24011
Telephone: 540-983-7600
Facisimile: 540-983-7711
Josh.Long@wrvblaw.com

Ross M. Broudy (VSB 95707)
WOODS ROGERS VANDEVENTER BLACK PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Telephone: 757-446-8600
Facsimile: 757-446-8670
Ross.Broudy@wrvblaw.com
*Counsel for Defendant William Henry, Inc.*
*d/b/a TidalWave Graphics*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 13th day of October 2023, the foregoing was filed using the Court's EM/ECF system, thereby serving a copy on all counsel of record electronically.

By: /s/  Ross M. Broudy
    Of Counsel

| | |
|---|---|
| Duncan G. Byers, Esquire<br>BYERS LAW<br>1769 Jamestown Road, Suite 120<br>Williamsburg, VA 23185<br>Tel. 757.317.2779<br>Fax 757.231.3797<br>dbyers@dbyerslaw.com<br>*Counsel for Plaintiff SDC, Inc.* | Andrew A. Protogyrou (VSB No. 27253)<br>PROTOGYROU LAW, PLC<br>125 St. Paul's Blvd., Suite 150<br>Norfolk, Virgnia 23510<br>Tel. 757.625.1775<br>Fax 757.625.1887<br>protogyrou@prlaw.org<br>*Counsel for Defendants Oasis Pools and*<br>*Hardscapes, LLC and*<br>*Savvas Sakkadas, individually* |

4883-1527-1301, v. 4